IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SPORT OF BUSINESS, LLC, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 7:21-cv-00142 |
| SARAH BETH YOGA, LLC, | ) By: Elizabeth K. Dillon |
| | ) United States District Judge |
| Defendant/Counterclaimant, | ) |
| v. | ) |
| AUTHORITY ONLINE, LLC, and ADAM LINKENAUGER, | ) |
| Counter-Defendants. | ) |

**ORDER DENYING COUNTER-DEFENDANTS' MOTION TO DISMISS AMENDED COUNTERCLAIMS**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that the counter-defendants' motion to dismiss counts one, two, four, and five of the amended counterclaim (Dkt. No. 31) is DENIED.

It is FURTHER ORDERED that the clerk is directed to send a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: March 21, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge